UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CRAIN COMMUNICATIONS, INC., *et al.*,

    Plaintiffs,

v.

MAGAZINE BILLING SERVICES, INC., *et al.*,

    Defendants,
    _____/

Case Number: 06-12335

Hon. Arthur J. Tarnow
Magistrate Judge: Mona K. Majzoub

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS [DE 29]

Before the Court is Defendant's motion to dismiss all claims, based on a lack of personal jurisdiction, on which the Court heard oral arguments September 25, 2007.

For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Defendant's motion to dismiss [DE 29] is DENIED as to Defendants Magazine Payment Services, Inc., and Publishers Billing Emporium, Inc., and GRANTED as to all other Moving Defendants.

SO ORDERED.

    S/ARTHUR J. TARNOW
    Arthur J. Tarnow
    United States District Judge

Dated: September 26, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2007, by electronic and/or ordinary mail.

    S/THERESA E. TAYLOR
    Case Manager